UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

DE'ANDRE ANDERSON,

      Petitioner,

v.                                       CIVIL ACTION NO. 5:23-cv-00554

W. HOLZAPFEL,

      Respondent.

## ORDER

Pending is Respondent W. Holzapfel's Motion to Dismiss [Doc. 9], filed February 4, 2025. This action was previously referred to the Honorable Dwane L. Tinsley, United States Magistrate Judge, for submission of proposed findings and a recommendation ("PF&R"). Magistrate Judge Tinsley filed his PF&R on February 26, 2025. [Doc. 10]. Magistrate Judge Tinsley recommended that the Court grant Respondent's Motion to Dismiss, deny as moot Petitioner's Petition for a Writ of Habeas Corpus, and dismiss the matter from the docket.

The Court need not review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis added)). Failure to file timely objections constitutes a waiver of de novo review and the Petitioner's right to appeal the Court's order. *See* 28 U.S.C. § 636(b)(1); *see also United States v. De Leon-Ramirez*, 925 F.3d 177, 181 (4th Cir. 2019) (Parties may not typically "appeal a magistrate judge's findings that were not objected to below, as § 636(b) doesn't require de novo review absent

objection."); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989). Further, the Court need not

conduct de novo review when a party "makes general and conclusory objections that do not direct

the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano*

*v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Objections in this case were due on March 17, 2025.

No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [**Doc. 10**], **GRANTS** Respondent's

Motion to Dismiss [**Doc. 9**], **DENIES AS MOOT** Petitioner's Petition for Writ of Habeas Corpus

Under 28 U.S.C. § 2241 [**Doc. 1**], and **DISMISSES** the matter.

The Court directs the Clerk to transmit a copy of this Order to any counsel of record

and any unrepresented party.

ENTER:        March 18, 2025

Frank W. Volk
Chief United States District Judge

2